UNITED STATES BANKRUPTCY COURT

Southern District of Iowa (Des Moines)

IN RE: AMY I ROSS  
CHAD R ROSS

CASE NO: 15-01828  
CHAPTER: 13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim #6 filed on 09/28/2015, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

[05/24/2019]

/s/Guerlin Bozieux  
Bankruptcy Specialist  
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on [05/24/2019], I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

RCIASB 05/28/19 12:39

BK-07 (05/23/18)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.



WELLS FARGO
AUTO

Wells Fargo Auto
MAC D0202-03E
Bankruptcy
PO Box 130000
Raleigh, NC 27605

Southern District of Iowa (Des Moines)
Case # 15-01828

Page 1 of 1

ORIGIN ID:SOPA (888) 875-9372
JESSICA RAPP
WELLS FARGO-DEALER SERVICES
1100 CORPORATE CENTER DR BLDG A
D0202-03E FL 03
RALEIGH, NC 27607
UNITED STATES US

SHIP DATE: 24MAY19
ACTWGT: 0.50 LB
CAD: 108431509/WSXI2600

BILL SENDER

TO  SOUTHERN DISTRICT OF IOWA
    UNITED STATES BANKRUPTCY COURT
    110 EAST COURT AVENUE, US COURTHOUS
    SUITE 300
    DES MOINES IA 50309
(515) 284-6230          REF: 0143948
INV:
PO: D0202-03E           DEPT: ESO



FedEx Express
E

TUE - 28 MAY 3:00P
STANDARD OVERNIGHT

TRK# 7874 6565 2297
0201

XH DSMA          50309
         IA-US   DSM

eSO Shipment -- Label